# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>FLIR SYSTEMS, INC., EARL R. LEWIS, JAMES J. CANNON, JOHN D. CARTER, WILLIAM W. CROUCH, CATHERINE A. HALLIGAN, ANGUS L. MACDONALD, MICHAEL T. SMITH, CATHY STAUFFER, ROBERT S. TYRER, JOHN W. WOOD, JR., STEVEN E. WYNNE, TELEDYNE TECHNOLOGIES INCORPORATED, FIREWORK MERGER SUB I, INC., and FIREWORK MERGER SUB II, LLC,<br><br>        Defendants. | Case No. 1:21-cv-02394-JPO |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 31, 2021

**RIGRODSKY LAW, P.A.**

By:   */s/ Timothy J. MacFall*
      Seth D. Rigrodsky
      Timothy J. MacFall
      Gina M. Serra
      Vincent A. Licata
      825 East Gate Boulevard, Suite 300
      Garden City, NY 11530
      Telephone: (516) 683-3516
      Email: sdr@rl-legal.com
      Email: tjm@rl-legal.com
      Email: gms@rl-legal.com
      Email: vl@rl-legal.com

*Attorneys for Plaintiff*